**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1315**

———————

MICHAEL D. WILKINS,

Plaintiff - Appellant,

versus

CYNTHIA S. WILKINS,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CA-98-136-3, BK-95-33189-T, AP-95-3151-T)

———————

Submitted:  July 22, 1999            Decided:  July 28, 1999

———————

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael D. Wilkins, Appellant Pro Se.  Neal Orion Reid, BANKRUPTCY LEGAL CLINIC OF RICHMOND, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael D. Wilkins seeks to appeal the district court's order dismissing his appeal from the bankruptcy court. We dismiss the appeal for lack of jurisdiction because Wilkins' notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on January 28, 1999. Wilkins' notice of appeal was filed on March 2, 1999. Because Wilkins failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2